**FILED**
CLERK, U.S. DISTRICT COURT

11/03/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

1
2
3
4
5
6
7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No.: 5:19-CR-00182-FMO |
|              Plaintiff,   ) | ORDER OF DETENTION PENDING |
|         v.            ) | FURTHER REVOCATION PROCEEDINGS |
| JAMES DONACIANO SHUTTLE,   ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
|           Defendant.   ) | |

16          The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the CENTRAL_____ District of

18  CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  (×)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (×)   information in the Pretrial Services Report and Recommendation

26              (×)   information in the violation petition and report(s)

27              (×)   the defendant's nonobjection to detention at this time

28              (×)   other: Allegation of failing to appear at supervised release
                          hearing and absconding.

1

and/ or

B. ( )  The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to pose a danger to the safety
of any other person or the community if released under 18 U.S.C.
§ 3142(b) or (c).  This finding is based on the following:

( )  information in the Pretrial Services Report and Recommendation

( )  information in the violation petition and report(s)

( )  the defendant's nonobjection to detention at this time

( )  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further
revocation proceedings.

Dated: November 3, 2021

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE